AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____Eastern_____ DISTRICT OF Kentucky _____Kentucky_____

**Eastern District of Kentucky**
**FILED**
**JUL 25 2012**
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

United States of America

V.

Charles Arthur Kinison, Jr.

### EXHIBIT AND WITNESS LIST

Case Number: Lexington 5:12-CR-57-JBC

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Jennifer B. Coffman | Jason A. Denney | Rachel D. Yavelak |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 7/25/2012 | Peggy Weber | Mitchell Zegafuse |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| Jt. A | | 7/25/2012 | | | SEALED Joint Exhibit A - Affidavits for search warrants & search warrants **SEALED**** |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size